# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00984-CV

---

### In re Larissa Baskin

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Larissa Baskin has filed a petition for writ of mandamus asking this Court to order a justice of the peace to "[p]roperly consider or enforce the Subpoena Duces Tecum." Baskin's petition indicates that she is a party to a proceeding before the justice of the peace for Travis County Precinct One.

This Court lacks jurisdiction to provide the relief requested. This Court is authorized by statute to issue a writ of mandamus against "a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(b). We may also issue writs of mandamus against a judge of a district court who is acting as a magistrate at a court of inquiry or an associate judge of a district or county court under circumstances not presented in this petition. *See id*. § 22.221(c). Because relator seeks a writ against a justice of the peace and the writ is not necessary to enforce our appellate jurisdiction, we lack jurisdiction over relator's petition for writ of mandamus. *See Easton v. Franks,* 842 S.W.2d 772, 773 (Tex.

App.—Houston [1st Dist.] 1992, orig. proceeding); *see also In re Ochoa,* No. 04–10–00914–CV, 2011 WL 192691, at *1 (Tex. App.—San Antonio Jan. 12, 2011, orig. proceeding).

We dismiss this petition for writ of mandamus for want of jurisdiction.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed:   December 17, 2025